

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00423-CV

**IN THE INTEREST OF A.T.H.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01435
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

No costs are assessed because appellant is indigent.

SIGNED November 7, 2018.

_____
Luz Elena D. Chapa, Justice